UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS TRUSTEE FOR THE RMAC
TRUST, SERIES 2016-CTT,
          Plaintiff,

v.

ANNA GREGOREC AKA ELIZABETH
GREGOREC AKA ELIZABETH A.
GREGOREC and FRANK GREGOREC,
          Defendants.
------------------------------------------------------------x



**ORDER**

19 CV 10482 (VB)

      Plaintiff filed a complaint on November 12, 2019. (Doc. #1). The docket indicates defendant Frank Gregorec was personally served on December 16, 2019. (Doc. #7). The docket also indicates on December 16, 2019, a process server served defendant Anna Gregorec's financial service representative, who stated she was authorized to accept service on Anna Gregorec's behalf, because the process server was unable to determine whether Anna Gregorec was of sound mind. (Doc. #7).

      Defendants' deadline to answer, move, or otherwise respond to the complaint was January 6, 2019. See Fed. R. Civ. P. 12(a). To date, defendants have failed to answer, move, or otherwise respond to the complaint, and have not requested an extension of time in which to do so.

      Accordingly, the Court sua sponte extends to February 5, 2020, defendants' time to answer, move, or otherwise respond to the complaint. **If defendants fail to answer, move, or otherwise respond to the complaint by February 5, 2020, or to seek further time in which to do so, the Court will direct plaintiff to seek a default judgment against them.**

Dated: January 22, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge