UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION, not
in its individual capacity but solely as Trustee
for the RMAC Trust, Series 2016-CTT,
         Plaintiff,

**ORDER**

v.

19 CV 10482 (VB)

ANNA GREGOREC a/k/a Elizabeth Gregorec
and Elizabeth A. Gregorec; and
FRANK GREGOREC,
         Defendants.
------------------------------------------------------------x

    This Order amends the Court's March 16, 2020, Order. (Doc. #26).

    With respect to the show cause hearing in this matter scheduled for April 13, 2020, at 2:00 p.m., plaintiff's counsel and defendants each shall attend by calling the following number and entering the access code when requested:

    <u>Number</u>: (888) 363-4749 (toll-free) <u>or</u> (215) 446-3662

    <u>Access Code</u>: 1703567

    The parties should be on the line by 2:00 p.m. and announce their names before speaking.

    In the event defendants have retained counsel by the April 13, 2020, show cause hearing, counsel shall attend by using the above call-in information.

    **By close of business tomorrow, March 20, 2020, plaintiff's counsel shall mail copies of this Order to defendants at the address listed for defendants in plaintiff's March 12, 2020, affidavit of service (<u>see</u> Doc. #25), and shall file to the ECF docket proof of service of same.**

Dated: March 19, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge