UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION, :
NOT IN ITS INDIVIDUAL CAPACITY BUT :
SOLELY AS TRUSTEE FOR THE RMAC :
TRUST, SERIES 2016-CTT, :
               Plaintiff, :
                                                  : **ORDER**
                                                  :
v. : 19 CV 10482 (VB)
                                                  :
ANNA GREGOREC AKA ELIZABETH :
GREGOREC AKA ELIZABETH A. :
GREGOREC and FRANK GREGOREC, :
             Defendants. :
----------------------------------------------------------------x

      On March 11, 2020, this Court issued an order to show cause and directed plaintiff to serve the order and supporting papers on defendants by personal service or overnight mail by March 18, 2020. (Doc. #24). On March 12, 2020, counsel for plaintiff filed an affidavit of service indicating the order to show cause and supporting papers had been mailed to defendants at the following address: 1108 River Road, Newburgh, NY 12550. (Doc. #25). Likewise, plaintiff filed an affidavit of service dated March 20, 2020, stating that the Court's Order of March 19, 2020 (Doc. #27), was served on defendants at the same 1108 River Road address. (Doc. #28).

      However, according to the two summonses returned executed documents that plaintiff's counsel filed on January 20, 2020, 1108 River Road is not the defendants' current mailing address. (Docs. ##7, 8).

      Accordingly, on March 20, 2020, the Court ordered counsel for plaintiff to serve on defendants the following documents by March 25, 2020: (i) the order to show cause dated March 11, 2020, and supporting papers, (ii) the Court's Order dated March 19, 2020, (Doc. #27), and (iii) the March 20, 2020, Order (Doc. #29), by overnight mail addressed to defendants at Sapphire Nursing at Meadow Hill, 172 Meadow Hill Road, Newburgh, NY 12550. The Court also ordered plaintiff to file proof of service of same on the ECF docket by March 25, 2020.

      On April 3, 2020, counsel for plaintiff filed a letter requesting an extension of time to comply with the Court's March 20, 2020, Order because plaintiff's counsel had still not served the above-listed documents. (Doc. #30).

      Accordingly, it is HEREBY ORDERED:

      1.     The April 13, 2020, 2:00 p.m. conference is <u>adjourned</u> to June 10, 2020, at 3:00 p.m.

      2.     Plaintiff's time to serve defendants and file proof of service of the same is

1

extended to **May 6, 2020**.  By that date, plaintiff must serve defendants by overnight mail at Sapphire Nursing at Meadow Hill, 172 Meadow Hill Road, Newburgh, NY 12550 the following documents:  (i) the order to show cause dated March 11, 2020, and supporting papers, (ii) the Court's Order dated March 19, 2020, (Doc. #27), (iii) the March 20, 2020, Order (Doc. #29), and (iv) this Order.

3. Defendants must serve any **answering papers or objections** to the relief requested in the order to show cause, if any, upon Stephen John Vargas, Gross Polowy, LLC, 900 Merchants Concourse, Westbury, NY 11590 by **June 3, 2020**.

Dated: April 7, 2020
  White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge