UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION,  :
NOT IN ITS INDIVIDUAL CAPACITY BUT :
SOLELY AS TRUSTEE FOR THE RMAC  :
TRUST, SERIES 2016-CTT,          :
              Plaintiff,  :
                          :      **ORDER**
                          :
v.                                :      19 CV 10482 (VB)
                          :
ANNA GREGOREC AKA ELIZABETH    :
GREGOREC AKA ELIZABETH A.      :
GREGOREC and FRANK GREGOREC,    :
             Defendants.  :
--------------------------------------------------------------x

      With respect to the hearing in this matter scheduled for June 10, 2020, at 3:00 p.m., counsel and defendants shall attend by calling the following number and entering the access code when requested:

      Number:  (888) 363-4749 (toll-free) or (215) 446-3662

      Access Code:  1703567

      The parties should be on the line by 3:00 p.m. and announce their names before speaking.

      **By close of business May 27, 2020, plaintiff's counsel shall serve by overnight mail a copy of this Order to defendants** at Sapphire Nursing at Meadow Hill, 172 Meadow Hill Road, Newburgh, NY 12550, and file proof of service of the same on the ECF docket.

Dated: May 22, 2020
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge