UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION,       :
NOT IN ITS INDIVIDUAL CAPACITY BUT    :
SOLELY AS TRUSTEE FOR THE RMAC        :
TRUST, SERIES 2016-CTT,               :
              Plaintiff,               :
                                             :          **ORDER**
                                           :
v.                                    :
                                           :          19 CV 10482 (VB)
                                           :
ANNA GREGOREC AKA ELIZABETH           :
GREGOREC AKA ELIZABETH A.             :
GREGOREC and FRANK GREGOREC,          :
              Defendants.               :
-------------------------------------------------------------x

On May 22, 2020, this Court issued an order directing plaintiff's counsel and defendants to attend the hearing scheduled for June 10, 2020, at 3:00 p.m., by telephone and provided the necessary teleconference details. (Doc. #33). In addition, the Court ordered that by close of business May 27, 2020, plaintiff's counsel shall serve by overnight mail a copy of this Order to defendants at Sapphire Nursing at Meadow Hill, 172 Meadow Hill Road, Newburgh, NY 12550, and file proof of service of the same on the ECF docket. (Id.).

Plaintiff's counsel has failed to do so. This is not the first Order plaintiff's counsel has not complied with. (See Doc. #31). Plaintiff's counsel is reminded that court orders are not mere suggestions.

Accordingly, the Court sua sponte extends **to June 1, 2020, at 5 p.m.**, plaintiff's counsel's time to serve defendants **by overnight mail** at Sapphire Nursing at Meadow Hill, 172 Meadow Hill Road, Newburgh, NY 12550, and file proof of service of the same on the ECF docket, both (i) the Court's May 22, 2020 Order, and (ii) this Order.

Dated: May 28, 2020
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge