UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION,           :
NOT IN ITS INDIVIDUAL CAPACITY BUT        :
SOLELY AS TRUSTEE FOR THE RMAC            :
TRUST, SERIES 2016-CTT,                   :
              Plaintiff,               :
                                             :   **ORDER**
                                             :
v.                                        :   19 CV 10482 (VB)
                                             :
ANNA GREGOREC AKA ELIZABETH               :
GREGOREC AKA ELIZABETH A.                 :
GREGOREC and FRANK GREGOREC,              :
              Defendants.              :
--------------------------------------------------------------x

      On June 10, 2020, this Court issued a post-conference order setting a telephone status conference for August 24, 2020, and provided the necessary teleconference details.  (Doc. #37).  In addition, the Court ordered that by June 24, 2020, plaintiff's counsel shall serve by overnight mail a copy of this Order to defendants at Sapphire Nursing at Meadow Hill, 172 Meadow Hill Road, Newburgh, NY 12550, and file proof of service of the same on the ECF docket.  (Id.).

      Plaintiff's counsel has failed to do so.  This is not the first time plaintiff's counsel has failed to follow a court order to mail defendants.  (See Docs. ##31, 35).  **The Court has previously reminded plaintiff's counsel that court orders are not mere suggestions and it does so again.**

      Accordingly, the Court sua sponte extends **to July 6, 2020, at 5 p.m.**, plaintiff's counsel's time to serve defendants **by overnight mail** at Sapphire Nursing at Meadow Hill, 172 Meadow Hill Road, Newburgh, NY 12550, and file proof of service of the same on the ECF docket, both (i) the Court's June 10, 2020 Order, and (ii) this Order.

Dated:  June 26, 2020
       White Plains, NY

                                           SO ORDERED:

                                           _____
                                           Vincent L. Briccetti
                                           United States District Judge